**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ramiro RODRIGUEZ–LINARES, Defendant–Appellant.**

No. 05–30777
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 25, 2006.

Larry James Regan, Assistant U.S. Attorney, Camille Ann Domingue, Assistant U.S. Attorney, Lafayette, LA, for Plaintiff–Appellee.

Rebecca L. Hudsmith, Federal Public Defender, Robert M. Marin, Federal Public Defender's Office Western District of Louisiana, Lafayette, LA, for Defendant–Appellant.

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Ramiro Rodriguez–Linares (Rodriguez) has requested leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Rodriguez has not filed a response. Our independent review of the record and counsel's

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

brief discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.